# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNAMIC MANAGEMENT SERVICES, LLC,<br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>BRIONNE GILLION, et al.,<br>　　　　Defendants. | CV 18-6315 DSF (SSx)<br><br>JUDGMENT |

　　The Court having dismissed this action for failure to prosecute,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed.

　　IT IS SO ORDERED.

Date: January 3, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge